KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NISHAN SINGH, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; <br><br> Defendant. | No. C 06-7756 CW <br><br> **STIPULATION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION; ORDER** |

The parties stipulate to withdrawal of Plaintiff's Motion for Preliminary Injunction, which is scheduled for a hearing on January 26, 2007, because Plaintiff's wife is scheduled for an interview with the U.S. Citizenship and Immigration Services ("USCIS") on January 18, 2007.

Date: January 5, 2006                    Respectfully submitted,

                                         KEVIN V. RYAN
                                         United States Attorney


                                         _____/s/_____
                                         EDWARD A. OLSEN
                                         Assistant United States Attorney
                                         Attorneys for Defendant

Stip to Withdraw Motion for Prelim. Inj.
C 06-7756 CW

| | | |
|---|---|---|
|1| | |
|2|Date: January 5, 2007|/s/<br>JONATHAN KAUFMAN<br>Attorney for Plaintiff|

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

1/8/07

Date:

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

Stip to Withdraw Motion for Prelim. Inj.
C 06-7756 CW