KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NISHAN SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship and Immigration Services;<br><br>　　　　　Defendant. | No. C 06-7756 CW<br><br>**STIPULATION TO DISMISS AND ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the Defendant has issued the requested travel documents to Plaintiff's wife.

　　Each of the parties shall bear their own costs and fees.

Date: January 23, 2007　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Stip to Dismiss
C 06-7756 CW

1
2  Date: January 23, 2007                          /s/
                                                 JONATHAN KAUFMAN
3                                                Attorney for Plaintiff
4
                                    **ORDER**
5
         Pursuant to stipulation, IT IS SO ORDERED.
6
7
                1/23/07                          *Claudia Wilken*
8  Date:
                                                 CLAUDIA WILKEN
9                                                United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip to Dismiss
C 06-7756 CW